**Dismissed and Memorandum Opinion filed April 23, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00915-CV

## IN THE MATTER OF THE MARRIAGE OF CLIFFORD LAYNE HARRISON AND CONNIE VASQUEZ HARRISON AND IN THE JOINT INTEREST OF JOHN ERNEST LEE HARRISON II, AND VICTORIA MADELINE HARRISON, CHILDREN

**On Appeal from the 311th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-68864**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 24, 2014. The clerk's record was filed January 15, 2015. No reporter's record or brief was filed.

On February 26, 2015, this court issued an order stating that unless appellant submitted a brief on or before March 30, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Boyce, McCally, and Donovan.